UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LYDIA SAPIEN, et al.,<br><br>　　　　　Defendants. | Case No.: 5:13-cv-02315-PSG<br><br>**ORDER TO SUBMIT A JOINT CASE MANAGEMENT STATEMENT**<br><br>(Re: Docket Nos. 33, 36) |

The court is eager to issue a case scheduling order in light of the parties' stipulation to dismiss The California Love Truck, LLC[1] and the court's order denying Defendant Lydia Sapien's motion to stay the case[2]. To assist the court in offering the parties an amenable schedule, the court orders the parties to submit a joint case management statement within fourteen days of this order.

**IT IS SO ORDERED**

Dated: October 17, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 36.

[2] *See* Docket No. 33.