UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FINANCIAL INDEMNITY COMPANY, | ) | Case No. 5:13-cv-02315-PSG |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING SUMMARY** |
| v. | ) | **JUDGMENT** |
| | ) | |
| LYDIA SAPIEN, et al., | ) | **(Re: Docket No. 43)** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the court is Plaintiff Financial Indemnity Company's motion for summary judgment that, in light of the employment status of Lydia Sapien at the time of her injuries, there is no coverage for her under the Commercial Automobile Policy at issue.[1]  Financial specifically argues that because the insurance policy excludes coverage for employee medical payments and liability, and Sapien was an employee at the time of the accident, Financial is relieved of any continued obligation to defend and potentially indemnify Defendants Gonzalves and Breedlove for the underlying matter of *Lydia Sapien v. Kelly Gonzalves*.  Defendants Lydia Sapien, Kelly Gonzalves and Johnny Breedlove did not file an opposition or attend the hearing.  Because the motion is unopposed and the court agrees that the undisputed record confirms Financial's claim,[2] the court

---

[1] *See* Docket No. 43.

[2] *See* Docket No. 43-5, Ex. A at 7-9 (excluding employees from insurance policy); Docket No. 43-2, Ex. K at Form Interrogatory 2.6; Lydia Sapien's Deposition at 12:5-20, 13:4-6,

grants summary judgment in Financial's favor as to its two claims for declaratory relief relieving it of the obligation of the duty to defend and the duty to indemnify Gonzalves and Breedlove in the underlying state court proceeding.[3]

**IT IS SO ORDERED**

Dated: January 22, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

20:14-22:12, 23:16-61:8-10 (describing Sapien's work experience as a cashier on the truck from July 2012 through August 2012).

[3] *See* Docket No. 1 at ¶¶ 15-27.

Case No. 5:13-cv-02315-PSG
ORDER GRANTING SUMMARY JUDGMENT